UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ISAIAH KENNETH ROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 2151 |
| ) | |
| UNITED STATES DISTRICT COURT ) | |
| FOR THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

Plaintiff alleges that he suffered an on-the-job injury in 2001 while employed at The Washington Home as a food service technician and is permanently disabled. Compl. at 1. In this action, he is "requesting [] an overturning of the denial for disability benefits." *Id.* at 2. Nowhere in the complaint does plaintiff allege that he is a Court employee or that the Court otherwise is responsible for his injury or disability payments therefor. It appears, then, that plaintiff has named the wrong defendant.

The Court will dismiss this action without prejudice. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

Date: 11/9/07

United States District Judge