UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ISAIAH KENNETH ROY,                )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )    Civil Action No. 07 2151
                                   )
UNITED STATES DISTRICT COURT       )
FOR THE DISTRICT OF COLUMBIA,      )
                                   )
       Defendant.                  )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 11/9/07

_____
United States District Judge